CAR AND GENERAL INSURANCE CORPORATION, RESPONDENT, v. HARRY T. DAVIMOS ET AL., APPELLANTS.

Submitted October 26, 1934—Decided January 10, 1935.

For the respondent, *Cox & Walburg.*

For the appellants, *Harry T. Davimos.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HETFIELD, DEAR, WELLS, JJ. 7.

*For reversal*—HEHER, PERSKIE, VAN BUSKIRK, KAYS, JJ. 4.